UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AX WIRELESS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DELL INC., and DELL TECHNOLOGIES INC.,<br><br>    Defendants. | Case No. 2:22-cv-277<br><br>JURY TRIAL DEMANDED |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff, AX Wireless LLC, hereby submits this Notice of Readiness for Scheduling Conference and show the Court as follows:

The following motion is pending: Dell Inc. and Dell Technologies Inc.'s Motion to Dismiss (Dkt. 14).

The following cases in this district are related:

2:22-cv-00279-JRG-RSP AX Wireless LLC v. HP Inc.

2:22-cv-00280-JRG-RSP AX Wireless LLC v. Lenovo Group Limited

The patents-in-suit are U.S. Patent Nos.: 9,973,361 ("the '361 Patent"); 10,079,707 ("the '707 Patent"); 10,917,272 ("the '272 Patent"); and 11,212,146 ("the '146 Patent").

There are currently no Markman or trial dates set.

Date: October 11, 2022

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
State Bar No. 05770585

Email: ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 845-5770


Andrew Y. Choung (admitted in E.D. Tex.)
Email: achoung@nixonpeabody.com
Jennifer Hayes (admission in E.D. Texas forthcoming)
Email: jenhayes@nixonpeabody.com
Joshua J. Pollack (admission in E.D. Texas forthcoming)
Email: jpollack@nixonpeabody.com
Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000

Brendan O'Callaghan (admission in E.D. Texas forthcoming)
Email: bocallaghan@nixonpeabody.com
Nixon Peabody LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8000

*Attorneys for Plaintiff AX Wireless LLC*

2